# EXHIBIT 7



# Transcript of Proceedings had in Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.

**Taken On:** July 17, 2024

Royal Reporting Services, Inc.
Phone: 312.361.8851
Email: info@royalreportingservices.com
Website: royalreportingservices.com

Case: 1:24-cv-06477 Document #: 1-7 Filed: 07/26/24 Page 3 of 7 PageID #:348

Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.
Proceedings had on 7/17/2024

Page 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

```
KATHLEEN KOCH,                      )
                                    )
              Plaintiff,            )
       v.                           ) No. 2023 L 686
                                    )
VANTAGE SPECIALTY                   ) All Consolidated
CHEMICALS, INC.; et al.,            ) Cases
                                    )
              Defendants.           )
```

      Report of proceedings had at the hearing in the above-entitled cause before the HONORABLE JOHN H. EHRLICH, Judge of said Court, at Richard J. Daley Center, 50 West Washington Street, Room 2306, Chicago, Illinois, commencing at 9:00 a.m. on July 17th, 2024.

Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.
Proceedings had on 7/17/2024

Page 2

```
 1   APPEARANCES:
 2        REDGRAVE LLP
          MR. CHRISTOPHER Q. KING
 3        230 West Monroe Street
          Suite 210
 4        Chicago, Illinois 60606
          Phone:  312.800.1968
 5        E-mail:  cking@redgravellp.com

 6             Discovery Neutral

 7        STINAR GOULD GRIECO & HENSLEY
          MR. BRYCE T. HENSLEY
 8        101 North Wacker Drive
          Suite 100
 9        Chicago, Illinois 60606
          Phone:  312.728.7444
10        E-mail:  bryce@sgghlaw.com

11             On behalf of the Plaintiff;

12        KIRKLAND & ELLIS LLP
          MR. BRENTON A. ROGERS
13        MS. KATIE J. WELCH
          300 North LaSalle Street
14        Suite 4800
          Chicago, Illinois 60654
15        Phone:  312.862.2000
          E-mails: brenton.rogers@kirkland.com
16                 katie.welch@kirkland.com

17             and

18        ROPES & GRAY LLP
          MR. NICHOLAS M. BERG
19        MR. JEFFREY J. BUSHOFSKY
          191 North Wacker Drive
20        32nd Floor
          Chicago, Illinois 60606
21        Phone:  312.845.1200
          E:mails: nicholas.berg@ropesgray.com
22                 jeffrey.bushofsky@ropesgray.com

23             On behalf of the Defendant Vantage Specialty
               Chemicals, Inc.;
24
```

Royal Reporting Services, Inc.
312.361.8851

Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.
Proceedings had on 7/17/2024

Page 3

```
 1    APPEARANCES (continued):
 2         JONES DAY
           MR. PHILIP M. OLISS
 3         MS. ERICA E. DUFF
           110 North Wacker Drive
 4         Suite 4800
           Chicago, Illinois 60606
 5         Phone:  312.782.3939
           E-mails: poliss@jonesday.com
 6                  eduff@jonesday.com
 7             On behalf of the Defendant STERIS Isomedix
               Services, Inc.;
 8
           PEDERSEN & HOUPT
 9         MR. ANTHONY DeMARCO PESCE
           MR. CHARLES M. GERING
10         161 North Clark Street
           Suite 2700
11         Chicago, Illinois 60601
           Phone:  312.641.6888
12         E-mails: apesce@pedersenhoupt.com
                    cgering@pedersenhoupt.com
13
               On behalf of the Defendant Cosmed Group, Inc.;
14
           K&L GATES LLP
15         MR. VINCENZO R. CHIMERA
           70 West Madison Street
16         Suite 3300
           Chicago, Illinois 60602
17         Phone:  312.372.1121
           E-mail:  vincenzo.chimera@klgates.com
18
               On behalf of PPG Industries, Inc.;
19
           DLA PIPER LLP
20         MR. JOSEPH A. ROSELIUS
           444 West Lake Street
21         Suite 900
           Chicago, Illinois 60606
22         Phone:  312.368.4000
           E-mail:  joseph.roselius@dlapiper.com
23
               On behalf of BASF.
24                  *   *   *   *   *   *
```

Case: 1:24-cv-06477 Document #: 1-7 Filed: 07/26/24 Page 6 of 7 PageID #:351

Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.
Proceedings had on 7/17/2024

Page 16

1  the blocking issues may be the one dealing with some of
2  the briefs I received in the past week, sort of the
3  issue of the new cases against PPG and BASF.  And we
4  talked about this last time, and I had sort of wavered
5  in what I thought was the best resolution.  I've done
6  some legal research in the meantime.  I certainly don't
7  claim to be an expert in federal removal law by any
8  means, but I guess the initial question I have is
9  whether this is, in fact, a legal question or whether
10  it's really just a factual issue.
11      It's my understanding that plaintiff plans on
12  naming individual persons, either current or former
13  employees of BASF and PPG, as defendants in the case.
14      MR. HENSLEY:  Correct.
15      THE COURT:  Have any of those people been named
16  yet?
17      MR. HENSLEY:  They were amended in a small handful
18  of cases.  The Court entered an order.  I'd have to go
19  back and look at the order for the date on that.  But in
20  a small number of cases, you granted leave for us to
21  amend to add in -- it's Penman and one other individual
22  witness.  So they have been added in those cases.  We
23  have a motion to amend that we filed yesterday --
24  courtesy copies here -- that we intend -- it goes

Page 17

1  through kind of our plan in terms of amending to add
2  them in a large number of cases, and that's covered in
3  our brief here.
4      THE COURT:  Is there a timeline for getting those
5  people into the case --
6      MR. HENSLEY:  Our --
7      THE COURT:  -- in the amended complaint?
8      MR. HENSLEY:  Our plan would be that if the order
9  is entered today granting us leave to amend, that we
10  would be able to get our complaints on file within
11  14 days.
12      THE COURT:  When is the one-year deadline for the
13  removal statute?  When does it run with regard to BASF
14  and PPG?
15      MR. ROSELIUS:  Your Honor, that's a very
16  complicated question.
17      THE COURT:  And I don't -- And I don't know -- I'm
18  asking, in part, because I don't know what type of
19  jurisdiction we are, whether it's based upon the service
20  on the last defendant or service on the first defendant.
21      MR. ROSELIUS:  It's a very complicated question,
22  Your Honor, in part, because the plaintiffs have filed
23  cases on many different dates and now have sought, as
24  you know, to bring in BASF and PPG into the shell of

Page 18

1  these old cases that have been pending for five or more
2  years -- or for four or more years.  So, you know --
3      THE COURT:  But the issue is, is if they name these
4  individuals that are Illinois residents, that destroys
5  diversity, so...
6      MR. ROSELIUS:  I don't think that's true,
7  Your Honor, because there's still a question of improper
8  joinder.  I know Mr. Hensley litigated this in
9  Sterigenics.  We think that's a different issue, and we
10  would take it up with the federal court if those
11  individual defendants are added.
12      THE COURT:  Well, then in that case -- My other
13  alternative is, why are the defendants waiting at
14  this -- why are they waiting?  Why don't you go ahead
15  and file your removal petition at this point, see what
16  you don't -- you don't -- You can have more than one
17  removal petition.  So if the first one fails, the
18  federal judge hopefully will tell you why he or she is
19  denying the petition.  Because if there aren't enough
20  statements in the record -- I think there are -- there
21  have been, but this Court certainly considers Vantage
22  and Medline to be nominal defendants only and in name
23  only.  They're solely here for purposes of the
24  settlements.

Page 19

1      I haven't made a finding if there's any
2  untoward conduct by the parties in trying to delay the
3  settlements.  I don't think anybody wants that.  But if
4  there is, we have not had -- haven't had that
5  evidentiary hearing, which there hasn't been.  So I
6  don't see any untoward conduct.
7      And moreover, I guess I have a question with
8  regard to Cosmed and Isomedix.  They're out-of-state
9  corporations, and they have been in this case -- or in
10  these cases all along.  So if it's -- What difference
11  does it -- What I was looking for and what I didn't
12  find -- Let's put it this way.  What I was looking for
13  and what I didn't find was any -- and I don't want to
14  use the word "duty," but any preference, I guess, that I
15  am supposed to make as a state court judge in teeing up
16  a case so that it could be removed to federal court.
17  It's not my responsibility to do that.  Whether it's --
18  Whether that happens or not is simply the nature of the
19  case, but it's not my responsibility to make sure that a
20  party gets a federal forum versus a state forum.  I
21  mean, that's not the purpose of --
22      MR. CHIMERA:  If I may be heard --
23      THE COURT:  -- of complete diversity of
24  jurisdiction.

Case: 1:24-cv-06477 Document #: 1-7 Filed: 07/26/24 Page 7 of 7 PageID #:352

Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.
Proceedings had on 7/17/2024

Page 34

1    STATE OF ILLINOIS    )
                                  ) SS.
2    COUNTY OF COOK      )

3

4           Enza Tenerelli, being first duly sworn, on

5  oath says that she is a Certified Shorthand Reporter and

6  Registered Professional Reporter, doing business in the

7  City of Chicago, County of Cook, and the State of

8  Illinois;

9           That she reported in shorthand the proceedings

10  had at the foregoing hearing;

11          And that the foregoing is a true and correct

12  transcript of her shorthand notes so taken as aforesaid

13  and contains all the proceedings had at the said

14  hearing.

15

16

17                   _____
                             ENZA TENERELLI, CSR, RPR
18                   161 North Clark Street
                             Suite 3050
19                   Chicago, Illinois 60601
                             Phone: 312.361.8851
20
    CSR No. 084-004873
21

22

23

24